<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 01-7817**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL A. SHINGLER,

Defendant - Appellant.

————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-97-318, CA-01-1257-A)

————————————

Submitted:  March 14, 2002          Decided:  March 22, 2002

————————————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Michael A. Shingler, Appellant Pro Se.  Kenneth E. Melson, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Shingler appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Shingler, Nos. CR-97-318; CA-01-1257-A (E.D. Va. filed Sept. 4, 2001; entered Sept. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2